UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADAM PRESSER and AJPC, LLC,

          Plaintiffs,

v.

**ORDER**

TOWN OF HAVERSTRAW, SUPERVISOR
HOWARD T. PHILLIPS, JR., POLICE CHIEF
CHARLES MILLER (RET), and BUILDING
INSPECTOR GEORGE BEHN,

18 CV 7269 (VB)

          Defendants.
------------------------------------------------------------x

      Defendants having filed a motion a for summary judgment pursuant to Fed. R. Civ. P. 56 (Doc. #49), it is hereby ORDERED:

    1.    Defendants' motion is DENIED. A telephone conference is scheduled for October 23, 2020, at 3:30 p.m., at which time the Court will issue a bench ruling explaining the basis for its decision. The parties shall use the following information to connect by telephone:

      **Dial-In Number**: **(888) 363-4749 (toll free) or (215) 446-3662**
      **Access Code**: **1703567**

    2.    The parties shall be prepared to discuss the setting of a trial date, a schedule for pretrial submissions, and what efforts they have made and will make to settle this case.

    3.    The Clerk is instructed to terminate the motion. (Doc. #49).

Dated: September 23, 2020
       White Plains, NY

                            SO ORDERED:

                            Vincent L. Briccetti
                            United States District Judge