UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ADAM PRESSER and AJPC, LLC,
     Plaintiffs,

v.

TOWN OF HAVERSTRAW, SUPERVISOR
HOWARD T. PHILLIPS, JR., POLICE CHIEF
CHARLES MILLER (RET), and BUILDING
INSPECTOR GEORGE BEHN,
     Defendants.
--------------------------------------------------------------x



**ORDER**

18 CV 7269 (VB)

As discussed at an on-the-record conference held today and attended by counsel for all parties, it is HEREBY ORDERED:

1. The parties are directed to discuss settlement in good faith. By no later than December 7, 2020, counsel shall submit a joint letter regarding the status of their discussions and whether there is anything the Court can do to assist in that regard.

2. The next status conference in this case is scheduled for December 14, 2020, at 2:30 p.m. Counsel shall attend by calling the following number and entering the access code when requested:

  Number: (888) 363-4749 (toll-free) or (215) 446-3662

  Access Code: 1703567

Dated: October 23, 2020
   White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge